■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY DANIELS, Appellant. [721 NYS2d 567] —Appeal from a judgment of the County Court of Chemung County (Buckley, J.), rendered October 26, 1999, convicting defendant upon his plea of guilty of the crime of criminal sale of a controlled substance in the third degree.

Pursuant to a negotiated plea agreement, defendant pleaded guilty to the crime of criminal sale of a controlled substance in the third degree in full satisfaction of two indictments and was sentenced as a second felony offender to an indeterminate term of 5 to 10 years in prison. Defendant appeals contending that the sentence imposed was harsh and excessive.

We affirm. A sentence within the permissible statutory range will not be disturbed unless extraordinary circumstances exist warranting a modification in the interest of justice (*see, People v Dolphy*, 257 AD2d 681, 685, *lv denied* 93 NY2d 872). Given defendant's criminal record, we find no reason to disturb the sentence (*see, People v Biggs*, 268 AD2d 800).

Cardona, P. J., Peters, Spain, Carpinello and Lahtinen, JJ., concur. Ordered that the judgment is affirmed.